IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SAMUEL KOR, JR., ) | No. C 03-1471 SBA (PR) |
| Petitioner, ) | **ORDER DENYING MOTION FOR CLARIFICATION OF ORDER GRANTING CERTIFICATE OF APPEALABILITY** |
| v. ) | |
| TOM FELKER, Warden, ) | (Docket no. 48) |
| Respondent. ) | |

James Samuel Kor, Jr., filed a petition for a writ of habeas corpus challenging his 1998 convictions in Marin County Superior Court. The Court denied the petition on the merits in an Order dated August 21, 2006, and entered judgment that same date. On October 27, 2006, the Court issued an Order granting in part and denying in part Petitioner's request for a Certificate of Appealability ("COA"). The case file was transferred to the Ninth Circuit Court of Appeals on October 31, 2006. On November 15, 2006, Petitioner filed a motion asking the Court to clarify its Order granting the COA. (Docket no. 48.)

The motion is DENIED. In the Order granting in part and denying in part the COA, the Court explained in detail the reasons for its decision to grant the COA with respect to three of Petitioner's claims, and to deny the COA with respect to all of Petitioner's other claims. (See Oct. 27, 2006 Order at 3-7.) No further clarification of the Order is necessary or warranted. If, by his motion, Petitioner seeks to expand the COA, he must seek broader certification from the Ninth Circuit. See United States v. Cruz-Mendoza, 147 F.3d 1069, 1074 (9th Cir.) amended, 163 F.3d 1149, 1149 (9th Cir. 1998); see also Ninth Circuit Rule 22-1 (setting out procedures for seeking broader certification).

This Order terminates docket no. 48.

IT IS SO ORDERED.

DATED: 9/11/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KOR,

        Plaintiff,

  v.

LAMARQUE,

        Defendant.

Case Number: CV03-01471 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Samuel Kor
High Desert State Prison
P-13834
P.O. Box 3030
Susanville, CA 91627-3030

Dated: September 11, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

2